# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

Holloway

                V.                  **JUDGMENT IN A CIVIL CASE**

Marshall, et al

                                    CASE NUMBER:    06cv0226-LAB(NLS)

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

that Holloway's Objections to the magistrate judge's Report and Recommendation are overruled, the Report and Recommendation recommendations are adopted, and the Petition is denied in its entirety.

| May 14, 2007 | W. Samuel Hamrick, Jr. |
|---|---|
| Date | Clerk |

s/K. Johnson
(By) Deputy Clerk
ENTERED ON May 14, 2007